# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT L. WOODARD** | : | **CIVIL ACTION** |
| *Plaintiff/Appellant* | : | |
| | : | **NO. 15-3671** |
| **v.** | : | |
| | : | |
| **CITY OF PHILADELPHIA** | : | |
| *Defendant/Appellee* | : | |

# O R D E R

**AND NOW,** this 11th day of October 2016, upon consideration of the *Brief of Appellant Robert L. Woodard*, [ECF 4], the *Brief of Appellee the City of Philadelphia*, [ECF 6], and the *Reply Brief of Appellant*, [ECF 7], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, the Bankruptcy Court Order dated June 18, 2015, which entered judgment in favor of Defendant/Appellee City of Philadelphia, is **AFFIRMED**.[1]

                                                                            **BY THE COURT:**

                                                                         /s/ *Nitza I. Quiñones Alejandro*
                                                                         **NITZA I. QUIÑONES ALEJANDRO, J.**
                                                                         *Judge, United States District Court*

---

[1] This matter comes before this Court pursuant to the appeal of Appellant Robert L. Woodard from the final judgment order of the Bankruptcy Court of the Eastern District of Pennsylvania, dated June 18, 2015, under 28 U.S.C. §158(a).